KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:    sean.van.demark@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 20-1033 RT |
| | ) |
| Plaintiff, | ) MOTION TO DETAIN DEFENDANT |
| | ) WITHOUT BAIL |
| vs. | ) |
| | ) |
| BRANDON GERMANOTANAKA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain defendant without bail,

pursuant to 18 U.S.C. § 3142.

1.    <u>Eligibility of Case</u>.  This defendant is eligible for detention because the case involves (check all that apply):

    ___        a.    Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

    ____       b.    Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    ____       c.    Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ____       d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

    ___        e.    Crime of violence (3142(f)(1)(A))

    ____       f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

    ____       g.    10+ year drug offense (3142(f)(1)(C))

    ____       h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

    ____       i.    Felony not otherwise a crime of violence involving a minor victim (3142(f)(1)(E))

    __X_       j.    Felony not otherwise a crime of violence involving the possession or use of a firearm, destructive device, or dangerous weapon (3142(f)(1)(E))

    ____       k.    Felony not otherwise a crime of violence involving a failure to register under 18 U.S.C. § 2250 (3142(f)(1)(E))

__X_ l. Serious risk defendant will flee (3142(f)(2)(A))

___X m. Danger to other person or community **

____ n. Serious risk obstruction of justice (3142(f)(2)(B))

____ o. Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "l" or "m" additionally

\*\* requires "a", "b", "c", or "d" additionally

2. <u>Reason for Detention</u>.  The court should detain

defendant (check all that apply):

X__ a. Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e))

_X__ b. Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

____ c. Pending notification of appropriate court or official (not more than 10 working days (3142(d))

3. <u>Rebuttable Presumption</u>.  A rebuttable presumption that no

condition or combination of conditions will reasonably assure the appearance of

3

defendant as required and the safety of the community arises under Section

3142(e) because (check all that apply):

    ____ a.        Probable cause to believe defendant committed 10+ year drug offense

    __X_ b.       Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

    ____ c.        Probable cause to believe defendant committed an offense under 18 U.S.C. § 956(a) or 2332b

    ____ d.        Probable cause to believe defendant committed 10+ year offense listed in 18 U.S.C. § 2332b(g)(5)(B)

    ____ e.        Probable cause to believe defendant committed an offense involving a minor victim listed in 18 U.S.C. § 3142(e)

    ____ f.        Previous conviction for eligible offense committed while on pretrial release

    4.    <u>Time for Detention Hearing</u>.  The United States requests that the court conduct the detention hearing:

    ____ a.        At first appearance

    __X_ b.       After continuance of _3_ days (not more than 3)

    5.    <u>Out of District Rule 5 Cases</u>.  The United States requests that the detention hearing be held:

    ____ a. In the District of Hawaii

_____ b.       In the District where charges were filed

6.       <u>Other Matters</u>.

DATED:       _____August 14, 2020, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By <u>/s/ Sean Van Demark</u>
SEAN VAN DEMARK
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

5