KENJI M. PRICE #10523
United States Attorney
District of Hawaii

FILED N THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 6, 2020, 6:33pm
Michelle Rynne, Clerk of Court

SEAN VAN DEMARK #10288
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Sean.Van.Demark@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **20-00088 JMS** |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| vs. | ) | [18 U.S.C § 924(c)(1)(A)(i) |
| | ) | and 18 U.S.C. §§ 922(g)(1) |
| BRANDON GERMANO-TANAKA, | ) | and 924(a)(2)] |
| | ) | |
| Defendant. | ) | |
| | ) | |

INFORMATION

The United States Attorney charges:

Count 1
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A))

On or about August 13, 2020, within the District of Hawaii,

BRANDON GERMANO-TANAKA, the defendant, did knowingly possess

firearms, namely, a Benelli shotgun bearing serial number V727164L, an AR-15

rifle with no serial number, a Glock handgun bearing serial number PF940V2, and

a Turnbull 1911 bearing serial number T00505, in furtherance of one or more drug

trafficking crimes for which he may be prosecuted in a court of the United States,

that is, Possession with Intent to Distribute Methamphetamine, in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

Count 2
Felon in Possession of Firearms and Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about August 13, 2020, within the District of Hawaii, BRANDON

GERMANO-TANAKA, the defendant, having previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, and knowing that he had

been convicted of such a crime, did knowingly possess firearms and ammunition,

namely, a Benelli shotgun bearing serial number V727164L, a Glock handgun

bearing serial number PF940V2, and a Turnbull 1911 bearing serial number T00505,

2

and the following ammunition, 17 rounds of 9mm ammunition, seven rounds of .45 ammunition, seven shotgun shells, and 26 rounds of .223 ammunition, said firearms and ammunition having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Forfeiture Notice

1.     The allegations set forth in Counts 1 and 2 of this Information are hereby realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.     The United States hereby gives notice to the defendant that, upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 2 of the Information, BRANDON GERMANO-TANAKA, the defendant, shall forfeit to the United States any firearms, ammunition, and body armor involved in or used in those violations of law, including but not limited to the following:

a.     The Benelli shotgun bearing serial number V727164L,

b.     The AR-15 rifle with no serial number,

c.     The Glock handgun bearing serial number PF940V2,

3

    d.    The Turnbull 1911 bearing serial number T00505,

    e.    17 rounds of 9mm ammunition,

    f.    Seven rounds of .45 ammunition,

    g.    Seven shotgun shells, and

    h.    26 rounds of .223 ammunition.

3.    If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 herein:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

//

//

//

//

the United States will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: October 6, 2020, at Honolulu, Hawaii.


MICHAEL NAMMAR
Chief, Criminal Division


SEAN VAN DEMARK
Assistant United States Attorney